# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IVAN NORD and ERMA J. NORD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CV3209 |
| vs. | ) | |
| | ) | ORDER |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to stay all proceedings pending the transfer of this case to *In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 1657. For good cause shown, and upon the representation that plaintiffs have no objection,

**IT IS ORDERED** that the Motion to Stay [7] is granted.

**DATED September 22, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge